DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW D. KNIGHT,**
Appellant,

v.

**TONY WAYNE KNIGHT,**
Appellee.

No. 4D2025-0184

[May 7, 2025]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE24-068695.

Matthew D. Knight, Davie, pro se.

Ciera C. Gainey of Mathew Law Group, P.A., Jacksonville, for appellee.

PER CURIAM.

*Affirmed. Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***